IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NOELLE WRIGHT, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:18-CV-3904-AT |
| BARE ESCENTUALS BEAUTY, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Motion of Alex O. Mitchell to Withdraw as Counsel for Plaintiff, Noelle Wright [Doc. 12]. Plaintiff has not filed any objections to the Motion. As Plaintiff will continue to be represented by H. Alison Burns, L. Landis Sexton, and Tracy G. BirdSong of the law firm ADA Group LLC, counsel's motion is **GRANTED**. The Clerk is **DIRECTED** to terminate Kevin O. Mitchell as counsel of record for Plaintiff, effective as of the date of this Order.

**IT IS SO ORDERED** this 15th day of October, 2018.

_____
**Amy Totenberg**
**United States District Judge**